Daniel Feinberg – CA State Bar No. 135983
Margaret E. Hasselman – CA State Bar No. 228529
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
mhasselman@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. WEIS II,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT PLAN OF KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　Defendant. | Case No. C 05-05159 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES, COSTS, AND PREJUDGMENT INTEREST** |

　　　　It is hereby stipulated, by and between Plaintiff Robert L. Weis II and Defendant Accidental Death and Dismemberment Benefit Plan of Kaiser Foundation Health Plan, Inc., through their attorneys of record that

　　　　WHEREAS the deadline for Plaintiff to file his Motion for Attorneys' Fees, Costs, and Prejudgment Interest is August 28, 2006;

　　　　WHEREAS Plaintiff's lead counsel will be on vacation and unavailable from August 18 until August 25, 2006; and

　　　　WHEREAS the parties are meeting and conferring with respect to attorneys' fees, costs, and prejudgment interest, in an attempt to avoid entirely the need for a motion;

1  THEREFORE the parties stipulate to continue the deadline for Plaintiff to file his Motion
2  for Attorneys' Fees, Costs, and Prejudgment Interest to September 12, 2006.

3  I, Daniel Feinberg, attest, pursuant to General Order No. 45, Rule X, that Michael Bell
4  concurred in the filing of this document.

6  Dated: _____

                                                LEWIS, FEINBERG,
                                                RENAKER & JACKSON, P.C.

                                                By: _____
                                                     Daniel M. Feinberg
                                                     Attorneys for Plaintiff

                                                GALTON & HELM, LLP

                                                By: _____
                                                     Michael Bell
                                                     Attorneys for Defendant

**APPROVED AND ORDERED.**

The deadline for filing Plaintiff's Motion for Attorneys' Fees, Costs, and Prejudgment Interest is September 12, 2006.

Dated: August 17, 2006                    _____
                                          IT IS SO ORDERED
                                          Judge Elizabeth D. Laporte

[S:\Cases\Weis, R 0456\Pleadings\stip re fee motion deadline.v2.wpd]

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS'
FEES, COSTS, AND PREJUDGMENT INTEREST [CASE NO. C05-05159 EDL]